LaKeith L. McCOY, Plaintiff–Appellant,

v.

S. CACCIOLA, Correctional Officer at California Correctional Institution; et al., Defendants–Appellees.

No. 15–15022.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 24, 2016.

LaKeith L. McCoy, Tehachapi, CA, pro se.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

MEMORANDUM ***

LaKeith L. McCoy, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging a retaliation claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000) (dismissal under 28 U.S.C. § 1915A); *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)). We affirm.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The district court properly dismissed McCoy's action because McCoy failed to allege facts sufficient to show that Cacciola's conduct was arbitrary, capricious, or did not advance a legitimate correctional goal. *See Watison v. Carter,* 668 F.3d 1108, 1114–15 (9th Cir.2012) (setting forth the elements of a § 1983 retaliation claim in the prison context); *Pratt v. Rowland,* 65 F.3d 802, 806 (9th Cir.1995) ("The plaintiff bears the burden of pleading and proving the absence of legitimate correctional goals for the conduct of which he complains."); *see also Hebbe v. Pliler,* 627 F.3d 338, 341–42 (9th Cir.2010) (although pro se pleadings are to be construed liberally, a plaintiff must present factual allegations sufficient to state a plausible claim for relief).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.